# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Josephina Hernandez-Garete,                           Civ. No. 18-2615 (SRN/LIB)

    Petitioner,

v.                                                                                    **ORDER**

Warden Nanette Barnes,

    Respondent.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That this matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

BY THE COURT:

DATED: November 27, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge